UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

John Michael Docto                           :           CASE NO. 5:14-bk-01267-JJT
Kari Leigh Docto                              :
                                              :
                    Debtors                   :

<u>CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)</u>

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

X⃞  I owed no domestic support obligation when I filed my bankruptcy petition,
and I have not been required to pay any such obligation since then.

⃞  I am or have been required to pay a domestic support obligation.  I have paid
all such amounts that my chapter 13 plan required me to pay.  I have also paid all
such amounts that became due between the filing of my bankruptcy petition and
today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

_____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

X⃞  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law
(1) in property that I or a dependent of mine uses as a residence, claims as a
homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that
exceeds $160,375* in value in the aggregate.

⃞  I have claimed an exemption in property pursuant to § 522(b)(3) and state or
local law (1) that I or a dependent of mine uses as a residence, claims as a
homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that
exceeds $160,375* in value in the aggregate.

* Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with
respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

   I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   <u>04/11/2017</u>        <u>John Michael Docto</u>
        Date              Debtor