In re:  
John Michael Docto  
Kari Leigh Docto  
    Debtors

Case No. 14-01267-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: karendavi    Page 1 of 1    Date Rcvd: Jul 13, 2017  
Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.
db/jdb     +John Michael Docto,   Kari Leigh Docto,   217 Skytop Drive,   Avoca, PA 18641-1052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:

       Celine P DerKrikorian    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ecfmail@mwc-law.com  
       Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
       Jason Paul Provinzano    on behalf of Debtor John Michael Docto MyLawyer@JPPLaw.com, G17727@notify.cincompass.com  
       Jason Paul Provinzano    on behalf of Joint Debtor Kari Leigh Docto MyLawyer@JPPLaw.com, G17727@notify.cincompass.com  
       Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Recovery Management Systems Corporation    claims@recoverycorp.com  
       Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                        TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

John Michael Docto  
aka John M Docto  
217 Skytop Drive  
Avoca, PA 18641

Kari Leigh Docto  
fka Kari Leigh McNeely  
217 Skytop Drive  
Avoca, PA 18641

Chapter 13  
Case No. 5:14−bk−01267−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−6878  
xxx−xx−9909

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 13, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: karendavis, Deputy Clerk